**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

**CAROL FLACKS,**
individually and on behalf of all
others similarly situated,

      Plaintiff,                         Case No. 26-cv-242

v.

**DOUBLE NEAT, LLC,**

      Defendant.

_____/

## JOINT SUPPLEMENT TO RULE 26(f) REPORT

Pursuant to the Court's July 21, 2026 Text Order, the parties respectfully submit this supplement to their Joint Rule 26(f) Report.

The parties proposed a class certification deadline following the close of discovery because this action will require substantial expert discovery before Plaintiff can present a complete record in support of class certification. Among other things, the parties anticipate discovery concerning Defendant's text message marketing practices, class identification, telecommunications records, electronically stored information, and third-party vendors involved in the transmission of the challenged text messages.

Upon further consideration of the Court's concern, however, the parties agree that the proposed deadline of August 31, 2027, provides more time than is necessary following the close of discovery. The parties therefore jointly request that the Court instead require Plaintiff to file any motion for class certification within 90 days after the close of discovery, or on or before June 21, 2027, whichever the Court prefers. This period will allow sufficient time for the parties to complete expert discovery, obtain deposition transcripts, review the discovery record, and prepare expert materials relevant to Rule 23 issues before class certification briefing.

1

The parties respectfully submit that the revised deadline appropriately balances the need for adequate preparation of the class certification motion with the Court's interest in the efficient progression of this litigation.

Dated: July 27, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance*

**Counsel for Plaintiff**

/s/ *Chelsea K. Barnes*
Chelsea K. Barnes
Nelson Mullins Riley & Scarborough, LLP
chelsea.barnes@nelsonmullins.com
The Knollwood
380 Knollwood Street
Suite 530
Winston-Salem, NC 27103
(336) 774-3300

*Counsel for Double Neat LLC*

2