**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

CAROL FLACKS, )
individually and on behalf of all )
others similarly situated )
 )
    v. ) 1:26-CV-242
 )
DOUBLE NEAT, LLC )

## **ORDER**

It appearing that the parties have selected, by agreement, AARON S. WEISS, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that AARON S. WEISS is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 28th day of July, 2026.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court
