**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

**Case No. 26-cv-242**

**CAROL FLACKS,**
**individually and on behalf of all**
**others similarly situated,**

        **DEFENDANT DOUBLE NEAT, LLC'S**
        **SUPPLEMENT TO**
    **Plaintiff,**        **CORPORATE DISCLOSURE**

**v.**

**DOUBLE NEAT, LLC,**

    **Defendant.**

_____/

Pursuant to the Court's Order dated July 15, 2026, Defendant Double Neat, LLC hereby supplements its corporate disclosure submission and reports that the sole trustee and beneficiary of the Kyle Bradley Taylor Living Trust is: Kyle Bradley Taylor.

This the 29th day of July, 2026.

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: /s/ Chelsea K. Barnes
            Chelsea K. Barnes, NC Bar No. 53378
            E-Mail: chelsea.barnes@nelsonmullins.com
            380 Knollwood Street, Suite 530
            Winston-Salem, NC 27103
            Phone: (336) 774-3397

        *Attorney for Defendant Double Neat, LLC*

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, of the law offices of Nelson Mullins Riley & Scarborough LLP, do hereby certify that a copy of the foregoing was filed using the Court's ECF system, which will provide service to all parties and by emailing a copy to counsel at the email address listed below:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance*

**Counsel for Plaintiff**

This the 29th day of July, 2026.

By:   /s/ Chelsea K. Barnes
Chelsea K. Barnes, N.C. Bar No. 53378
E-Mail: chelsea.barnes@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3397

*Attorney for Defendant Double Neat, LLC*

2