**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

**Case No. 26-cv-242**

**CAROL FLACKS,**
**individually and on behalf of all**
**others similarly situated,**

**NOTICE OF APPEARANCE**

       **Plaintiff,**

**v.**

**DOUBLE NEAT, LLC,**

       **Defendant.**

_____/

PLEASE TAKE NOTICE that Chelsea K. Barnes, of the law firm of Nelson Mullins Riley & Scarborough LLP, and counsel of record for Defendant Double Neat, LLC enters her appearance as counsel on behalf of Defendant Double Neat, LLC.  The undersigned attorney respectfully requests that all future documents be served upon her as counsel for Double Neat, LLC.

This the 29th day of July, 2026.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Chelsea K. Barnes
    Chelsea K. Barnes, NC Bar No. 53378
    E-Mail: chelsea.barnes@nelsonmullins.com
    380 Knollwood Street, Suite 530
    Winston-Salem, NC 27103
    Phone: (336) 774-3397

*Attorney for Defendant Double Neat, LLC*

1

# **CERTIFICATE OF SERVICE**

I, the undersigned, of the law offices of Nelson Mullins Riley & Scarborough LLP, do hereby certify that a copy of the foregoing Notice of Appearance was filed using the Court's ECF system, which will provide service to all parties and by emailing a copy to counsel at the email address listed below:

> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> (617) 485-0018
> anthony@paronichlaw.com
> *Special Appearance*
>
> **Counsel for Plaintiff**

This the 29th day of July, 2026.

By: /s/ Chelsea K. Barnes
Chelsea K. Barnes, N.C. Bar No. 53378
E-Mail: chelsea.barnes@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3397

*Attorney for Defendant Double Neat, LLC*

2