UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:26-cv-00242-TDS-LPA

CAROL FLACKS,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

DOUBLE NEAT, LLC,

Defendant.
_________________________________/

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COMES NOW Plaintiff Carol Flacks and Defendant Double Neat, LLC, by and through undersigned counsel, (collectively the "Parties"), and pursuant to Federal Rule of Civil Procedure 16(b), jointly move the Court to extend the September 28, 2026 deadline for Plaintiff to amend pleadings by sixty (60) days. The parties believe good cause exists for the proposed modification of the case schedule and state the following in support of their joint request:

1. The Parties are working to explore the possibility of early resolution and are awaiting third-party discovery which may assist in this effort. Extending the deadline to amend the pleadings will allow Plaintiff an opportunity to review the third-party discovery and determine whether amendment will be necessary.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Motion to Amend Scheduling Order extending the deadline for Plaintiff to

amend pleadings by sixty (60) days to November 27, 2026 and grant the Parties such further relief as is just and proper.

This the 8th day of September, 2026.

PARONICH LAW, P.C.

By: */s/ Anthony I. Paronich (w/ permission)*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Email: anthony@paronichlaw.com

*Special Appearance*
*Counsel for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *Chelsea K. Barnes*
Chelsea K. Barnes, NC Bar No. 53378
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Phone: (336) 774-3397
Email:
Chelsea.barnes@nelsonmullins.com

*Counsel for Double Neat, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, of the law offices of Nelson Mullins Riley & Scarborough LLP, do hereby certify that a copy of the foregoing Joint Motion to Amend Scheduling Order was filed using the Court's ECF system, which will provide service to all parties and by emailing a copy to counsel at the email address listed below:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance*

**Counsel for Plaintiff**

This the 8th day of September, 2026.

By: /s/ *Chelsea K. Barnes*
Chelsea K. Barnes, N.C. Bar No. 53378
Nelson Mullins Riley & Scarborough LLP
chelsea.barnes@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3397

*Counsel for Defendant Double Neat, LLC*