UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Case No. 1:26-cv-00242-TDS-LPA

CAROL FLACKS,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

DOUBLE NEAT, LLC,

Defendant.
_______________________________/

**[PROPOSED] ORDER ON**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

Before the Court is the joint motion of the Parties requesting that the Court extend the deadline for Plaintiff Carol Flacks to amend pleadings by sixty (60) days to November 27, 2026. For good cause shown, the Court GRANTS the motion and the deadline for Plaintiff to amend pleadings is hereby extended to November 27, 2026.

**IT IS SO ORDERED**.

_______________________________