UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

Case No. 1:26-cv-00242-TDS-LPA

CAROL FLACKS,
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

DOUBLE NEAT, LLC,

Defendant.
__________________________________/

**JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER**

COMES NOW Plaintiff Carol Flacks and Defendant Double Neat, LLC, by and through undersigned counsel, (collectively the "Parties"), by and through their undersigned counsel of record, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rules 7.3(j) and 26.2, respectfully move this Court to enter the proposed Consent Protective Order ("Protective Order") attached hereto as **Exhibit 1**. In support of this Joint Motion, the Parties show the Court as follows:

1. Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may, for good cause, issue a protective order to protect confidential, sensitive, or proprietary information.

2. Good cause exists to issue a protective order in this case. The Parties are engaged in discovery in this matter and anticipate that discovery in this matter will include documents, information, and/or testimony that is confidential, proprietary, and/or otherwise warrants protection from disclosure under Rule 26(c).

3. Such information may include, but not be limited to, the following: confidential and proprietary business information and personally identifiable information.

4. The Parties would be harmed as a result of disclosure of these documents and information.

5. Prior to filing this Motion, the Parties have conferred in good faith and agreed upon the proposed Protective Order, which complies with Federal Rule of Civil Procedure 26(c) and Local Rule 26.2.

6. The Parties believe the Protective Order will promote the efficient resolution of this matter and minimize the need to file documents under seal.

WHEREFORE, for the above-stated reasons, the Parties respectfully request that the Court grant their Joint Motion and enter the Consent Protective Order, in the form attached hereto as **Exhibit 1**.

**[Signatures on Following Page]**

This the 9th day of November, 2026.

PARONICH LAW, P.C.

By: *__/s/ Anthony I. Paronich (w/ permission)__*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Email: anthony@paronichlaw.com

*Special Appearance*
*Counsel for Plaintiff*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: __/s/ *Chelsea K. Barnes*__
Chelsea K. Barnes, NC Bar No. 53378
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
Phone: (336) 774-3397
Email:
Chelsea.barnes@nelsonmullins.com

*Counsel for Double Neat, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, of the law offices of Nelson Mullins Riley & Scarborough LLP, do hereby certify that a copy of the foregoing Joint Motion to Amend Scheduling Order was filed using the Court's ECF system, which will provide service to all parties and by emailing a copy to counsel at the email address listed below:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance*

**Counsel for Plaintiff**

This the 9th day of November, 2026.

By: /s/ *Chelsea K. Barnes*
Chelsea K. Barnes, N.C. Bar No. 53378
Nelson Mullins Riley & Scarborough LLP
chelsea.barnes@nelsonmullins.com
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103
(336) 774-3397

*Counsel for Defendant Double Neat, LLC*